PR.'B 12
(Rev. 12/13)

**United States District Court**
**for the**
**DISTRICT OF MARYLAND**

DEC 16 ...

AT Greenbelt
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____
DEPUTY

**U.S.A. vs. Reginald Andre Taylor**

**Docket No.: PWG-8-14-CR-0256-001**

SEALED
Petition on Supervised Release

---

COMES NOW Tanyita Ruley PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Reginald Andre Taylor who was placed on supervision for **Bank Robbery**, a **Class C felony***, by the Honorable **Paul W. Grimm**, U.S. District Judge, sitting in the court at Greenbelt, Maryland, on the 6th day of May, 2015 who fixed the period of supervision at **33 month(s)****, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

* Pursuant to 18 U.S.C. § 2113(a), the maximum penalty upon revocation is 20 years.

1. The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.
2. The defendant shall satisfactorily participate in a mental health treatment program approved by the probation officer, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.
3. The defendant shall satisfactorily participate in a vocational or educational program as directed by the probation officer.
4. The defendant shall pay restitution to Capitol One Bank in the amount of $100.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

WHEREAS:   Mr. Taylor has failed to report to Family Health Center on the following dates for drug testing: September 20, 2016, October 15, 2016, October 31, 2016, November 2, 2016, November 14, 2016, November 15, 2016, and December 6, 2016, *in violation of the Standard Condition which states the defendant shall satisfactorily participate in a treatment program approved by the probation office relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.*

WHEREAS:   Mr. Taylor has failed to report to Family Health Center for mental health services on the following dates: October 12, 2016, November 16, 2016, and December 7, 2016, *in violation of the Special Condition which states the defendant shall participate in mental health treatment as directed by the probation office.*

WHEREAS:   Mr. Taylor has failed to report to the probation office as directed on November 4, 2016, November 29, 2016, and December 9, 2016, *in violation of the Standard Condition which states the defendant shall report to the probation office as directed.*